IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESPERANZA ISABEL VALVERDE,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>PEOPLE OF THE STATE OF CA,<br><br>　　　　Respondent. | No. C 13-05353 EJD (PR)<br><br>ORDER VACATING DENIAL MOTION FOR LEAVE TO PROCEED OF *IN FORMA PAUPERIS* ; DENYING MOTION AS MOOT |

Petitioner, an inmate at the California Institution for Women, seeks petition in pro se for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The Court denied Petitioner's motion for leave to proceed in forma pauperis because she did not show an adequate level of poverty, and directed Petitioner to pay the $5 filing fee to avoid dismissal of this action. (Docket No. 6.) It appears that Petitioner paid the fee before filing an IFP application. Accordingly, the order denying IFP status is VACATED, and the motion for leave to proceed IFP is DENIED as moot.

The Court shall conduct an initial review of the petition in a separate order.

DATED:  4/18/2014

EDWARD J. DAVILA
United States District Judge

Order Vacating Denial of IFP; Denying Motion as Moot
P:\PRO-SE\EJD\HC.13\05353Valverde_vacate-ifp.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESPERANZA ISABEL VALVERDE,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>PEOPLE OF THE STATE OF CA,<br><br>　　　　　Respondent.<br>_____/ | Case Number: CV13-05353 EJD<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on  4/18/2014 , I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Esperanza Isabel Valverde X-37069
California Institution for Women
P. O. Box 8100
Corona, CA 92878-8100

Dated:　　　4/18/2014

　　　　　　　　　　　　　　　　　　Richard W. Wieking, Clerk
　　　　　　　　　　　　　　　　/s/ By: Elizabeth Garcia, Deputy Clerk